**Thomas M. TULLY, Plaintiff—Appellant,**

v.

**Nicole M. SPICER, Frederick County Virginia Commonwealth Attorney; Melissa Rice, Director of Victim Witness Program; Fred D. Hildebrand, Supervisor of Northwestern Regional Adult Detention Center; Gene Boyce,** **Telephone overseer at Northwestern Regional Adult Detention Center; Lisa Hoskins, Convicted liar in Virginia Court System, Defendants—Appellees.**

No. 07–6682.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 30, 2007.

Thomas M. Tully, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas M. Tully appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tully v. Spicer,* No. 7:07–cv–00188–SGW, 2007 WL 1189607 (W.D.Va. Apr. 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

---

and argument would not aid the decisional process.

*AFFIRMED.*

Accordingly, we affirm for the reasons stated by the district court. *Doyle v. Willoughby,* No. 5:06–ct–03121–BO (E.D.N.C. Apr. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*